IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OTHA OWENS, JR.** | ) | **CASE NO. 8:11cv142** |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED PROTECTIVE ORDER** |
| **TAMMY SUSKI, Personal** | ) | |
| **Representative of the Estate of John D.** | ) | |
| **Conder, and DOHRN TRANSFER** | ) | |
| **COMPANY, an Illinois corporation,** | ) | |
| | ) | |
| **Defendants/Counterclaimants.** | ) | |

This matter is before the Court upon the stipulation of the parties for a protective order as to materials sought by Plaintiff from Defendant via discovery. ([Filing 43](.)) The Court, being fully advised, finds that the stipulation should be accepted and finds as follows:

1. Plaintiff has requested, via Interrogatory No. 28, certain J.J. Keller Training Guides which are training videos shown to decedent John Conder as part of his work with Defendant.

2. Defendant has expressed reservation as to producing these videos in that the same were purchased by Defendant and contain explicit, open and obvious copyright claims and protections by the manufacture and distributor. Defendant could be in violation of the United States Copyright laws if in fact it would provide these videos or a copy of these videos to the Plaintiff.

3. In order to resolve the dispute and produce the videos for purposes of this litigation and this litigation only, the parties have stipulated to the entry of a protective order and the Court hereby accepts that stipulation.

**IT IS ORDERED** that Defendant shall produce the materials requested, as noted above, under the following guides and restrictions:

   a. The production and dissemination of the requested videos may be highly prejudicial, confidential and privileged and protected by copyright laws and such information should be maintained as confidential by all parties and counsel;

   b. The parties shall keep any videos responsive to the above request secure and private and prohibit the use or disclosure of the same for any purpose other than the above-captioned litigation;

2

c. The parties shall not distribute such videos to any third persons other than legal counsel and any retained experts who may need such information in order to render opinions with regard to this captioned case only;

d. The parties shall return to Defendant the subject videos (including all copies made thereof) at the end of this litigation.

**DATED March 8, 2012.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**