IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OTHA OWENS, JR.<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TAMMY SUSKI, Personal Representative of the Estate of John D. Condor, and DOHRN TRANSFER COMPANY, an Illinois Corporation,<br><br>    Defendants/Counterclaimants. | Case No.  8:11cv142<br><br>**COUNTERCLAIM DEFENDANT OTHA OWENS, JR.'S MOTION IN LIMINE TO EXCLUDE H. DAVID FELTOON, PhD.** |

**COMES NOW** Counterclaim Defendant Otha Owens, Jr. ("Owens") and hereby moves this Court for an Order in Limine excluding Counterclaim Plaintiff's proposed expert witness, H. David Feltoon, PhD, for the reason that his expert report in this case fails to meet the requirements of Fed. R. Civ. P. 26(a)(2)(B) and his proffered testimony fails to meet the standards set forth in Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 125 L. Ed. 2d 469, 113 S. Ct. 2786 (1993).   In support of this Motion, Owens will offer the Psychological Autopsy Report of Dr. Feltoon and a Brief.

**WHEREFORE,** Counterclaim Defendant Otha Owens, Jr. ("Owens") respectfully requests an Order of the Court excluding the testimony and proffered opinions of H. David Feltoon, PhD.

**DATED** this 17th day of September, 2012.

          OTHA OWENS, JR., Plaintiff/
          Counterclaim Defendant

By:   /s/ *Patrick V. Ortman*
      Thomas M. Locher, NE Bar #15797
      Patrick V. Ortman, NE Bar #23439
      LOCHER PAVELKA DOSTAL
      BRADDY & HAMMES, LLC
      200 The Omaha Club
      2002 Douglas Street
      tlocher@lpdbhlaw.com
      Omaha, NE 68102
      Phone: (402) 898-7000
      Fax: (402) 898-7130

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mark E. Novotny
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
402 397-7300
402 397-7824 Fax
mnovotny@ldmlaw.com

Larry R. Demerath
406 North 130th Street, Suite 102
Omaha, NE 68154-2187
402 677-5656
402 948-8125 Fax
demerathlaw@aol.com

Justin Demerath
O'Hanlon, McCollom & Demerath
808 West Avenue
Austin, TX 78701
512 494-9949
512 494-9919 Fax
jdemerath@808West.com

      /s/ *Patrick V. Ortman*

2