IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTHA OWENS, JR., | ) | Case No.  8:11CV142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TAMMY SUSKI, Personal | ) | |
| Representative of the Estate of | ) | |
| John D.  Condor, and DOHRN | ) | |
| TRANSFER COMPANY, an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement between the remaining parties, given to the magistrate judge by Patrick Ortman, counsel for Plaintiff Otha Owens, Jr.,

**IT IS ORDERED:**

1.  On or before **October 22, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at gossett@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The pretrial conference set for November 15, 2012 and the jury trial set for December 11, 2012, are cancelled upon the representation that this case is settled.

Dated: September 21, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge