IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OTHA OWENS, JR.,                          )
                                          )        Case No.  8:11cv142
        Plaintiff/Counter-claim Defendant, )
                                          )
vs.                                       )        **ORDER ON STIPULATION**
                                          )            **FOR DISMISSAL**
TAMMY SUSKI, Personal Representative       )
of the Estate of John D. Condor, and       )
DOHRN TRANSFER COMPANY, an                 )
Illinois Corporation,                      )
                                          )
        Defendant/Counter-claimants.       )

THIS MATTER is before the court on the Stipulation (Filing No. 90) of Plaintiff, Otha Owens, Jr., and Defendant, Dohrn Transfer Company, by and through their respective counsel of record.   The Court, being fully advised, has reviewed and accepts the stipulations of the parties and orders as follows:

1. All of Plaintiff's claims and causes of action against Defendants Dohrn Transfer Company and the Estate of John D. Condor (through its personal representative Tammy Suski) are hereby dismissed with prejudice.

2. All of Dohrn's claims and causes of action against Plaintiff are hereby dismissed with prejudice.

3. All remaining claims of any party to this matter are not affected by this order.

4.  Any cause of action as between the Estate of John D. Conder as against Otha Owens is preserved.

5. In any trial of this matter as between the Estate of John D. Conder as against Otha Owens there will be no evidence or argument relating to the existence or absence of a claim by Otha Owens in any manner.

6. The pleadings heading shall be recast at the Pretrial Conference to reflect the proper alignment of parties.

Dated this 25th day of September 2012.

                              BY THE COURT:

                              s/ F.A. Gossett, III
                              United States Magistrate Judge