IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OTHA OWENS JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV142 |
| | ) | |
| V. | ) | |
| | ) | |
| DOHRN TRANSFER COMPANY, an Illinois corporation, and TAMMY SUSKI, Personal Representative of the Estate of John D. Condor, | ) ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to a stipulation of the parties, the Court previously dismissed all claims asserted in this action, with the exception of the counterclaim asserted against Otha Owens, Jr. by the Estate of John D. Condor (filing 91). Tammy Suski, Personal Representative of the Estate of John D. Condor, and Otha Owens, Jr. have now stipulated to the dismissal of that counterclaim. The stipulation (filing 94) is hereby approved.

Accordingly,

**IT IS ORDERED** that the Joint Stipulation for Dismissal With Prejudice (filing 94) with respect to the Estate of John D. Condor's counterclaim against Otha Owens, Jr. is adopted. The counterclaim is hereby dismissed with prejudice, each party to pay its own costs.

**DATED November 28, 2012.**

BY THE COURT:

**S/ F.A. Gossett
United States Magistrate Judge**